Michael Martinovsky (SBN 209236)

**LAW OFFICES OF MICHAEL MARTINOVSKY, P.C.**

1925 East Francisco Blvd., #17

San Rafael, CA 94901

Phone: 415-230-5360

Fax: 415-230-5361

Email: michael@martinovskylaw.com

Attorney for Defendant

BEAUTY HOME CONSTRUCTION, INC.

Brandt L. Wolkin (SBN 112220)

Catharine M. Tolson (SBN 271223)

**GOODMAN, NEUMAN, HAMILTON, LLP**

100 Bush Street, Suite 1800

San Francisco, CA 94104

Phone: 415-705-0400

Email: bwolkin@gnhllp.com; ctolson@gnhllp.com

Attorneys for Plaintiff

STATE NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Law Offices of Michael
Martinovsky, P.C.
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email:
michael@martinovskylaw.com

1

JOINT STIPULATION TO STAY ACTION;          ORDER

STATE NATIONAL INSURANCE COMPANY,

Plaintiff,

v.

BEAUTY HOME CONSTRUCTION, INC., a California corporation; and DOES 1-10,

Defendants.

Case No. 4:26-cv-03937-SK

**JOINT STIPULATION TO STAY ACTION PENDING RESOLUTION OF UNDERLYING STATE-COURT ACTION; ORDER**

**(N.D. Cal. Civ. L.R. 7-12)**

**Underlying Action:**

Aparicio v. Sogas, et al.,
San Mateo Super. Ct.
Case No. 23-CIV-04702

**Judge:  To be assigned**

## JOINT STIPULATION TO STAY ACTION

Plaintiff State National Insurance Company ("SNIC") and defendant Beauty Home Construction, Inc. ("BHC"), through their respective counsel of record, hereby stipulate and jointly request that the Court stay this action pending resolution of the underlying state-court personal-injury action, on the following terms:

## RECITALS

A.    On May 1, 2026, SNIC filed its Complaint for Declaratory Relief and Recoupment [Dkt. 1] seeking (1) a declaration that SNIC owes BHC no duty to defend or indemnify in the underlying personal-injury action filed by Edras Antonio Lobos Aparicio, and (2) recoupment of defense costs paid to date.

B.    The underlying state-court action is captioned Aparicio v. Sogas, et al., San Mateo Superior Court Case No. 23-CIV-04702 (the "Underlying Action"). Trial in the Underlying Action has not yet been set; a case management conference is currently scheduled for August 20, 2026.

Law Offices of Michael
Martinovsky, P.C
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone 415-230-5360
Fax: 415-230-5361
Email:
michael@martinovskylaw.com

JOINT STIPULATION TO STAY ACTION;                    ORDER

C.    Defendant contends that the coverage issues raised in this action turn on facts that are at issue in the Underlying Action, including without limitation: (1) whether Mr. Aparicio was an employee of any insured under the SNIC policy; (2) the nature, scope, and contractual basis of the work being performed at the time of the accident; and (3) whether Sogas Builders, Inc. and/or BHC bear contractual or common-law liability to Mr. Aparicio. Plaintiff believes that the resolution of those issues in the Underlying Action will materially inform, and perhaps dispose of, the coverage questions presented in this action.

D.    SNIC agrees with Defendant that staying this action pending resolution of the Underlying Action will conserve judicial and party resources, avoid potentially inconsistent factual determinations, and serve the interests identified in Brillhart v. Excess Insurance Co., 316 U.S. 491 (1942), Wilton v. Seven Falls Co., 515 U.S. 277 (1995), and Government Employees Insurance Co. v. Dizol, 133 F.3d 1220 (9th Cir. 1998) (en banc).

E.    BHC contends that it has potential affirmative claims against SNIC arising out of the same coverage relationship, including without limitation claims for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing. The parties agree, as set forth below, that BHC's deadline to assert such claims and to respond to the Complaint shall be tolled during the stay, and that nothing herein constitutes a waiver by either party of any claim, defense, or right.

F.    No party will be prejudiced by the stay. No trial date or case management deadline has yet been set in this action; the parties have stipulated to one prior extension of BHC's time to respond to the Complaint; and the requested stay will not alter any deadline previously set by Court order other than as expressly stated herein.

## STIPULATION

Law Offices of Michael
Martinovsky, P.C.
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone 415-230-5360
Fax 415-230-5361
Email
michael@martinovskylaw.com

JOINT STIPULATION TO STAY ACTION;                    ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, and SUBJECT TO THE APPROVAL OF THE COURT, as follows:

1.    Stay of Action. This action shall be stayed in its entirety pending final resolution of the Underlying Action by judgment, dismissal, settlement, or other disposition that fully terminates the Underlying Action at the trial-court level.

2.    Tolling of Deadlines and Limitations. During the pendency of the stay:

(a)  BHC's deadline to answer, move, or otherwise respond to the Complaint is tolled and shall be reset as provided in Paragraph 4 below;

(b)  Any applicable statute of limitations, statute of repose, contractual limitations period, or similar time bar applicable to any claim, counterclaim, or cross-claim that either party has or may have against the other arising out of the subject matter of this action is tolled; and

(c)  Neither party shall be required to file, serve, or respond to any pleading, discovery, or motion in this action, except as expressly provided herein or as otherwise ordered by the Court.

3.    Reservation of Rights. Nothing in this stipulation shall be deemed or construed to:

(a)  constitute a general appearance by BHC, or a waiver of any defense available to BHC under Federal Rule of Civil Procedure 12, including without limitation lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, abstention under Brillhart and Wilton, or any other defense;

Law Offices of Michael
Martinovsky, P.C.
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email:
michael@martinovskylaw.com

4

JOINT STIPULATION TO STAY ACTION;        ORDER

(b)  waive, prejudice, or otherwise impair any claim, counterclaim, cross-claim, or affirmative defense that either party has or may have against the other, all of which are expressly reserved;

(c)  constitute an admission, agreement, or concession by either party as to the merits of any claim, defense, or allegation, the propriety of jurisdiction or venue, the sufficiency of service of process, or the existence or scope of any insurance coverage; or

(d)  preclude SNIC from continuing to investigate, evaluate, or reserve its rights with respect to coverage of the Underlying Action in the ordinary course.

4.    Lifting of Stay. The stay shall be lifted upon the earliest of: (a) entry of final judgment, dismissal, or settlement that fully terminates the Underlying Action at the trial-court level; (b) written stipulation of the parties filed with the Court; or (c) the filing by BHC of a written notice with the Court that SNIC has withdrawn, reduced, or conditioned the defense currently provided to BHC in the Underlying Action, in which event the stay shall lift automatically and without further order of the Court upon the filing of such notice. Within thirty (30) days after the stay is lifted, BHC shall file its responsive pleading and any counterclaim it elects to assert; the parties shall thereafter meet and confer regarding a proposed schedule for the further conduct of this action.

5.    No Effect on Underlying Action. Nothing in this stipulation shall affect the rights or obligations of any party or non-party in the Underlying Action, including the rights and obligations of SNIC, BHC, and Sogas Builders, Inc. with respect to tender, defense, indemnity, and contractual or equitable contribution.

6.    Local Rule 5-1(i)(3) Attestation. Pursuant to Civil Local Rule 5-1(i)(3), the

Law Offices of Michael
Martinovsky, P.C.
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone  415-230-5360
Fax  415-230-5361
Email:
michael@martinovskylaw.com

JOINT STIPULATION TO STAY ACTION;                    ORDER

undersigned filer of this document attests that all other signatories listed below, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated:   June 22          , 2026

LAW OFFICES OF MICHAEL MARTINOVSKY, P.C.

By:  _____

    Michael Martinovsky, Esq.

    Attorney for Defendant

    BEAUTY HOME CONSTRUCTION, INC.

Dated:   June 22          , 2026

GOODMAN, NEUMAN, HAMILTON, LLP

By:  _____

    Catharine M. Tolson, Esq.

    Attorneys for Plaintiff

    STATE NATIONAL INSURANCE COMPANY

ORDER

Law Offices of Michael
Martinovsky, P.C.
1925 Francisco Boulevard East,
Suite 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email:
michael@martinovskylaw.com

6

JOINT STIPULATION TO STAY ACTION;                    ORDER

Having reviewed the foregoing Joint Stipulation to Stay Action, and good cause appearing therefor, IT IS HEREBY ORDERED:

1.   The Joint Stipulation is APPROVED, and this action is STAYED pending final resolution of the Underlying Action, Aparicio v. Sogas, et al., San Mateo Superior Court Case No. 23-CIV-04702, on the terms set forth in the Joint Stipulation.

2.   During the pendency of the stay, the deadline for defendant Beauty Home Construction, Inc. to answer, move, or otherwise respond to the Complaint, and any applicable statute of limitations or contractual limitations period applicable to claims or counterclaims arising out of the subject matter of this action, are TOLLED on the terms set forth in the Joint Stipulation.

3.   The Clerk is directed to administratively close the file. The matter may be reopened on notice to the Court by any party on the terms set forth in Paragraph 4 of the Joint Stipulation, or upon further order.

**IT IS SO ORDERED.**

Dated:      6/30/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

Law Offices of Michael Martinovsky, P.C.
1925 Francisco Boulevard East, Suite 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email: michael@martinovskylaw.com

JOINT STIPULATION TO STAY ACTION;                    ORDER